JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL R DUNCAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:25-cv-04833-RGK-JPR<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO VENTURA COUNTY SUPERIOR COURT [15]**<br><br>Judge:　Hon. R. Gary Klausner<br>Ctrm.:　850<br><br>Complaint Filed:　September 25, 2024<br>Trial Date:　Not Set |

　　　On July 9, 2025, Plaintiff RACHEL DUNCAN and Defendant FCA US LLC (collectively "Parties") filed a Stipulation to Remand Action to Ventura County Superior Court ("Stipulation"). (Dkt. 15.) The Court, having reviewed and fully considered the Stipulation, and good cause appearing,

　　　**IT IS HEREBY ORDERED** as follows:

　　　1.　The Stipulation is **APPROVED** in its entirety;

　　　2.　This action is **REMANDED** to Ventura County Superior Court, Case No. 2024CUBC031252 via transmittal of any and all necessary and/or appropriate documents;

　　　3.　All dates and deadlines in this action are **VACATED**; and

　　　4.　The Clerk of the Court is directed to close this action.

　　　**IT IS SO ORDERED**.

Dated: 7/11/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Ventura County Superior Court, 2024CUBC031252